**William T. MORRISON, Jr.,**
**Plaintiff–Appellant**

v.

**Sheriff Kevin C. BOND; Sam Hargrave; John Brosch; Jason Atwood; Brian Egbert; Rene Woolbridge; Richard Townsend; Matt Bahner; Inna Kozhukharenko; Andy Holdeman, Defendants–Appellees.**

No. 13–3658.

United States Court of Appeals, Eighth Circuit.

Submitted: June 9, 2015.

Filed: June 18, 2015.

James E. Reisinger, Reisinger Booth & Associates, P.C., Omaha, NE, for appellant.

Marshall V. Wilson, Michael G. Berry, Berry Wilson, L.L.C., Jefferson City, MO, for appellees.

Before MURPHY, BOWMAN, KELLY Circuit Judges.

PER CURIAM.

William Morrison appeals the district court's[1] adverse grant of summary judg-

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Judge for the Northern District of Iowa.

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

ment in his 42 U.S.C. § 1983 action, in which he asserted numerous claims related to his pre-trial detention. After appointing Morrison counsel, this court received briefs and then ordered supplemental briefing on whether summary judgment was proper as to Morrison's claim that defendants seized and censored his mail without prior notice, in violation of his due process rights, and whether the district court appropriately handled discovery matters. Following a careful review of the record, and consideration of the parties' arguments in their initial briefs and supplemental briefs, we find no basis to reverse. *See Menard, Inc. v. Dial–Columbus, LLC,* 781 F.3d 993, 997 (8th Cir.2015) (grant of summary judgment is reviewed de novo); *In re Temporomandibular Joint (TMJ) Implants Prods. Liab. Litig.,* 113 F.3d 1484, 1489–90 (8th Cir.1997) (determination that claim is ripe for summary judgment is reviewed for abuse of discretion; discovery does not have to be completed before court can grant summary judgment).

Accordingly, we affirm. *See* 8th Cir. R. 47B.